1983 Form

# In the United States District Court
# For the Northern District of Alabama

Travis Sentel Pickens

CV-16-CO-1854-N

(Enter above the full name(s) of the
Plaintiff(s) in this action)

V

Alabama Department of Corrections

(Enter above the full name(s) of the
Defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s): _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **St Clair**

   A. Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes (✓)   No ( )

   C. If your answer is YES:

   1. What steps did you take? **I filled out a 208 complaint form on Captain John Hutton at Bibb County prison**

   2. What was the result? **I never got any reponse.**

   D. If your answer is NO, explain why not? _____

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) **Travis Sentel Pickens**

Address 1000 St Clair Rd Springfield Al 35146

in Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant (John Hutton) Alabama Department of Corrections

 is employed as Captain

 at Bibb County State prison

C. Additional Defendants Lt. Johnson at Bibb County State prison.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a seperate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

① From July 5th 2016 to July 21st 2016 Captain John Hutton did levae me and my cell mate michael key in a scabies infested cell after medical said the cell need to be cleaned and emptied for 72 hours an order to get rid of the scabies. I got reinfeatied 2 more times causing me to get a life threating infection that left my body permently scared.

② On July 21st 2016 I refused to go in my cell by sitting down on a bench while in hand cuffs because my cell still had scabies an I had just been treated for an infection caused by scabies. Lt Johnson did order co's to peper spray and beat me with batons while I was still in hand cuffs breakin my hand in the process.

I had to have surgrey on my hand because it was an open break with the bone sticking out of my hand. I asked for a 208 complaint form to report the asslaut but was never given one.

③ On Aug 18th 2016 I was trying to get officier Haygood to take me to medical for chest pains. He slammed my hand in the tray port rebreaking my hand after I had just had my hand surgiely repaired I reported the asslaut to Lt Johnson and Cpt Hutton an nothing was done.

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be payed in the sum of a 100,000 dollars for pain and sutering, neglet that lead to permentant scaring on my feet, thighs, chest and Back, An for crule and ~~unusual~~ unhumain puishment, And excesive force that lead to permentant damage to my hand not once but twice in as many months.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-30-16
(date)

Lui Sentel Pilcoms

Signature(s)

Case 4:16-cv-01854-HNJ  Document 1  Filed 11/16/16  Page 5 of 5

Travis Sentel Pickens
1000 St Clair Rd
Springfeild Al, 35146
251075

P14-17

BIRMINGHAM
AL 350
14 NOV '16
PM 4 L

Legal Mail
NEOPOST 11/14/2016
US POSTAGE $000.67

ZIP 351
041L11254



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

SECURITY

NOV 16 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

United States District Court
Northern District of Alabama
Hugo L. Black US CourtHouse
1729 5th Ave North
Birmingham, Ala 35203