FILED

2017 Oct-25  PM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN  DISTRICT OF ALABAMA
MIDDLE DIVISION

TRAVIS SENTEL PICKENS                                                    *

        Plaintiff,                                                      *
vs.                                                                      Case No. CV 16-1854
                                                                         *
CAPTAIN JOHN HUTTON,  in his individual capacity,
LIEUTENANT CARL JOHNSON,  in his individual capacity,       *
OFFICER JONATHAN HAYGOOD, in his individual capacity.
                                                                         *
        Defendants.

## AMENDED COMPLAINT

### Jurisdiction

The jurisdiction of this Court is involved under 28 U.S.C. §1915, 28 U.S.C. §1343

(3), and 42 U.S.C.  §1983, this being an action authorized by law to redress the

deprivation under color of State law, statute, ordinance, regulation, custom or usage of a

right, privilege, and immunity secured to the Plaintiff by the Eighth Amendment to the

Constitution of the United States.  Plaintiff also invokes the pendant jurisdiction of the

Court to decide claims arising under State law.

### Parties

1.  Plaintiff, TRAVIS SENTEL PICKENS is an inmate in the St. Clair County,

Correctional Facility, St. Clair County, Alabama.  At all relevant times, Plaintiff was an

inmate at the Bibb County Correctional Facility, Bibb County, Alabama.

2.  Defendant CAPTAIN JOHN HUTTON,  is a resident of Bibb County,

Alabama, and at all relevant times, was employed as a correctional officer at the Bibb

County Correctional Facility, Bibb County, Alabama.

3. Defendant LIEUTENANT CARL JOHNSON,  is a resident of Bibb County, Alabama, and at all relevant times, was employed as a correctional officer at the Bibb County Correctional Facility, Bibb County, Alabama.

4. Defendant OFFICER JONATHAN HAYGOOD,  is a resident of Bibb County, Alabama, and at all relevant times, was employed as a correctional officer at the Bibb County Correctional Facility, Bibb County, Alabama.

<u>Statement</u> of <u>Facts</u>

5. On or about July 5, 2016, while an inmate at the Bibb County Correctional Facility, Plaintiff and his cellmate were diagnosed with and were treated for scabies infections.

6. It was determined by Bibb County medical personnel that Plaintiff's cell needed to be cleaned and emptied for seventy two (72) hours in order to get rid of the scabies. However, from July 5th to July 21st, 2016, Defendant Captain John Hutton, who had command over Plaintiff's cell, and who during said period had knowledge of the cell's scabies infested condition, left Plaintiff and his cellmate in the scabies infested cell.  As a direct and proximate result of being left in the cell, Plaintiff contracted scabies two (2) additional times, and suffered a life threatening infection that left his body permanently scarred.

7. On or about July 21, 2016, Plaintiff refused to go into his cell because it was still infected with scabies, and he had just had scabies treatment.  While Plaintiff was sitting handcuffed on a bench, Defendant Lieutenant Carl Johnson, to overcome Plaintiff's resistance, ordered two (2) correction officers to pepper spray Plaintiff and beat him with batons.  As a direct and proximate result of being beaten by the officers,

whose names are unknown currently to Plaintiff, Plaintiff suffered an open fracture to his hand which required surgical repair.

8. On or about August 18, 2016, while standing in his cell with his hands extending through the cell's trayport, Plaintiff requested Defendant Officer Jonathan Haygood to escort him to the medical unit due to chest pain. Defendant Officer Haygood, with no legal or other justifiable reason, intentionally slammed Plaintiff's hand in the trayport, rebreaking it.

## COUNT I

### ACTION UNDER 42 U.S.C. § 1983

**Defendants Captain John Hutton, Lieutenant Carl Johnson, and Officer Jonathan Haygood.**

9. This action is one at law brought to redress the deprivation under color of statute, ordinance, regulation, custom or usage of a right, privilege, immunity secured to the Plaintiff by the Eighth Amendment to the Constitution of the United States.

10. Plaintiff incorporates by reference Paragraphs 1 through 8 above and re-alleges the same as if fully and completely set out herein.

### Captain John Hutton

### Deliberate Indifference to Serious Medical Needs

11. Plaintiff alleges the conduct as set forth above by Defendant Captain John Hutton in repeatedly interfering with Plaintiff's prescribed treatment, despite the ongoing risks to Plaintiff's health and safety, constitute acts of deliberate indifference to the serious medical needs of Plaintiff, which directly and proximately violated Plaintiff's Eighth Amendment right to medical treatment and care.

**Conditions of Confinement**

12.  Plaintiff alleges the conduct as set forth above by Defendant Captain John Hutton in forcing Plaintiff to remain in a scabies infested cell, a condition that was known to Defendant Hutton at the time, and which was in contravention of medical orders, and a lack of consideration for Plaintiff's deteriorating health, directly and proximately violated Plaintiff's Eighth Amendment right not to be subjected to cruel and unusual punishment.

**Lieutenant Carl Johnson**

**Excessive Force (July 21, 2016 Assault)  –  Supervisory Liability**

13.  Plaintiff alleges the conduct as set forth above by Defendant Lieutenant Carl Johnson, in ordering two (2) correction officers to pepper spray and beat Plaintiff with batons, causing an open fracture that required surgical repair, at a time when Plaintiff was sitting down, very sick and in handcuffs, directly and proximately violated Plaintiff's Eighth Amendment right not to have excessive force used against him.

**Officer Jonathan Haygood**

**Excessive Force (August 18, 2016 Assault)**

14.  Plaintiff alleges the conduct as set forth above by Defendant Officer Jonathan Haygood in intentionally reinjuring Plaintiff's hand by slamming it in his cell's trayport, due to Plaintiff having requested medical assistance from him, at a time when Plaintiff posed no threat to him, and when there was no need to use force against Plaintiff,  said conduct by Defendant Haygood   directly and proximately violated Plaintiff's  Eighth Amendment right not to have excessive force used against him.

WHEREFORE,  Plaintiff demands judgment against Defendants Captain John Hutton, Lieutenant Carl Johnson and Officer Jonathan Haygood,  in the sum of TWO

MILLION DOLLARS ($2,000,000.00), interest, the costs of this action, and reasonable attorney fees as provided for by statute.

## COUNT II

### Assault

**Lieutenant Carl Johnson**

**July 21, 2016 Assault – Supervisory Liability**

15. Plaintiff incorporates by reference Paragraphs 1, 3, 7 and 13 above and re-alleges the same as if fully and completely set out herein.

16. Plaintiff alleges the conduct as set forth above against Plaintiff by Defendant Lieutenant Carl Johnson, constitute acts of assault against Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendant Lieutenant Carl Johnson in the sum of TWO MILLION DOLLARS ($2,000,000.00), interest, the costs of this action, and reasonable attorney fees as provided for by statute.

## COUNT III

### Assault

**Officer Jonathan Haygood**

**August 18, 2016 Assault**

17. Plaintiff incorporates by reference Paragraphs 1, 4, 8 and 14 above and re-alleges the same as if fully and completely set out herein.

18. Plaintiff alleges the conduct as set forth above against Plaintiff by Defendant Officer Jonathan Haygood, constitute acts of assault against Plaintiff.

WHEREFORE,  Plaintiff demands judgment against Defendant Officer Jonathan Haygood in the sum of TWO MILLION DOLLARS ($2,000,000.00), interest, the costs of this action, and reasonable attorney fees as provided for by statute.

COUNT  IV

Outrage

**Captain John Hutton**

19.  Plaintiff incorporates by reference Paragraphs 1, 2, 5, 6, 11 and 12 above and re-alleges the same as if fully and completely set out herein.

20.  Plaintiff alleges the conduct as set forth above against Plaintiff  by Defendant Captain John Hutton,  constitute acts of outrage against Plaintiff.

WHEREFORE,  Plaintiff demands judgment against Defendant Captain John Hutton in the sum of TWO MILLION DOLLARS ($2,000,000.00), interest, the costs of this action, and reasonable attorney fees as provided for by statute.

COUNT V

Outrage

**Lieutenant Carl Johnson**

21.  Plaintiff incorporates by reference Paragraphs 1, 3, 7 and 13 above and re-alleges the same as if fully and completely set out herein.

22.  Plaintiff alleges the conduct as set forth above against Plaintiff  by Defendant Lieutenant Carl Johnson,  constitute acts of outrage against Plaintiff.

WHEREFORE,  Plaintiff demands judgment against Defendant Lieutenant Carl Johnson in the sum of TWO MILLION DOLLARS ($2,000,000.00), interest, the costs of this action, and reasonable attorney fees as provided for by statute.

Outrage

**Officer Jonathan Haygood**

23.  Plaintiff incorporates by reference Paragraphs 1, 4, 8 and 14  above and re-alleges the same as if fully and completely set out herein.

24.  Plaintiff alleges the conduct as set forth above against Plaintiff  by Defendant Officer Jonathan Haygood,  constitute acts of outrage against Plaintiff.

WHEREFORE,  Plaintiff demands judgment against Defendant Officer Jonathan Haygood in the sum of TWO MILLION DOLLARS ($2,000,000.00), interest, the costs of this action, and reasonable attorney fees as provided for by statute.

JURY DEMAND

Plaintiff respectfully demands a trial by jury on all counts.

Respectfully submitted,

/s/ Larry C. Moorer
Larry C. Moorer (ASB 0337 R81L)
Attorney for Plaintiff
107 North Jackson St.
Mobile, AL 36602
(251) 432-0002
(251) 432-0040
lcmoorer@att.net

CERTIFICATE OF SERVICE

I  hereby certify I have on this 25th day of  October,  2017,  electronically filed the foregoing Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties:

/s/ Larry C. Moorer_____
LARRY  C.  MOORER